**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7136**

---

JOHN L. BOWMAN,

Plaintiff - Appellant,

versus

A. WICKS, Sergeant; MARY COILBERT, Nurse; JACK
LEE, Warden; GENE SHINAULT, Assistant Warden;
DOC WATSON, Inmate Hearings,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Jackson L. Kiser, Senior District
Judge. (CA-02-813-7)

---

Submitted: September 20, 2002      Decided: October 8, 2002

---

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

John L. Bowman, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John L. Bowman, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A (2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Bowman v. Wicks, No. CA-02-813-7 (W.D. Va. July 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2